■ In the Matter of the Estate of EDWARD BURGHARDT, Deceased. MADELAINE NOONAN, Also Known as MADELAINE BURGHARDT, Appellant; LOWELL BLUM et al., Respondents.— Motion by appellant to stay all proceedings herein and to stay Lowell Blum, Esq., from acting as attorney for any party having an interest in this estate which is adverse to appellant's interest. Motion denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ WILLIAM KRAIS, Appellant, v. CRYDER HOLDING CORPORATION, Respondent. WILLIAM KRAIS, Appellant, v. JACK CHUTICK, Respondent.— Motion by appellant to consolidate his two pending appeals denied. Motion by appellant to stay all proceedings on judgments for costs, pending appeals, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ WILLIAM KRAIS, Appellant, v. CRYDER HOLDING CORPORATION, Respondent. WILLIAM KRAIS, Appellant, v. JACK CHUTICK, Respondent.— Motions by respondents to dismiss appeals denied, on condition that appellant perfect the appeals and be ready to argue or submit them at the May Term, beginning April 24, 1961; appeals ordered on the calendar for said term. The records and appellant's briefs must be served and filed on or before April 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ RAYMOND G. MORAN, Respondent, v. PORT CHESTER IRON WORKS, INC., et al., Respondents, and WILLIAM J. LONG et al., Appellants.— Motion by appellants for a stay of trial, pending appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ GEORGE A. MORRISON, Respondent, v. SAM SNEAD SCHOOLS OF GOLF OF NEW YORK, INC., Appellant.— Motion by appellant for a stay of its examination before trial, pending appeal, granted on condition that it perfect the appeal and be ready to argue or submit it at the May Term, beginning, April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO GOLDMAN, Also Known as SEYMOUR GOLDMAN, Appellant.— Motion by respondent to dismiss appeal from an order of the County Court, Nassau County, dated September 27, 1960, dismissing the indictment against appellant pursuant to section 668 of the Code of Criminal Procedure. Motion granted. This order is an intermediate order which is not appealable (Code Crim. Pro., § 517). This dismissal is without prejudice to appellant's right to obtain a review of this intermediate order on the appeal, if any, which he may take from the judgment of conviction, if one be rendered (Code Crim. Pro., § 517). Cross motion by appellant to dispense with printing, denied as academic. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLICHAK, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIS G. REHM, Appellant.— Motion by appellant to vacate order dated June 20, 1958, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to